TODD KENNEDY, NBN 6014
tkennedy@lionelsawyer.com
**LIONEL, SAWYER & COLLINS**
300 SOUTH FOURTH STREET, SUITE 1700
LAS VEGAS, NV  89101
TELEPHONE:    (702) 383-8965

IRWIN R. GILBERT [*PRO HAC VICE* PENDING]
igilbert@bizlit.net
**GILBERT | YARNELL**
11000 PROSPERITY FARMS ROAD, SUITE 205
PALM BEACH GARDENS, FLORIDA 33410
(561) 622-1252 – PHONE
(561) 799-1904 – FAX

ATTORNEYS FOR DEFENDANT
QUEPASA CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE KAFFKO, | ) CASE NO.: 2:11-CV-01253-JCM-LRL |
| PLAINTIFF, | ) |
| v. | ) **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
| QUEPASA CORPORATION | ) |
| DEFENDANT. | ) **[FIRST REQUEST]** |

COMES NOW, Defendant, QUEPASA CORPORATION, by and through undersigned counsel, and files this Motion for Enlargement of Time to Respond to the Complaint and in the above styled cause and states:

1. Defendant was served with the Complaint on August 10, 2011.  A response is due on August 31, 2011.

2. Defendant requires additional time to review the allegations, evaluate any available claims and defenses, and file the appropriate response and requests an additional twenty-five (25) days to respond to complaint.

3. The case was just filed and is not set for trial.  There will be no prejudice to any parties, should the Court grant this Motion.

1    WHEREFORE, Defendant respectfully requests that this Court enter an Order enlarging
2  the time to respond to the complaint for a period of 25 days.

3  DATE: AUGUST 30, 2011         Todd Kennedy, NBN 6014
4                                **LIONEL, SAWYER & COLLINS**
                                  300 SOUTH FOURTH STREET, SUITE 1700
5                                 LAS VEGAS, NV  89101
6                                 TELEPHONE:       (702) 383-8965

7                                 BY:  /s/_____
                                       TODD KENNEDY
8                                      ATTORNEYS FOR DEFENDANTS OUEPASA CORP.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  9-2-11

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Tuesday, August 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

DATE: AUGUST 30, 2011         Todd Kennedy, Esquire
                              **LIONEL, SAWYER & COLLINS**
                              300 SOUTH FOURTH STREET, SUITE 1700
                              LAS VEGAS, NV  89101
                              TELEPHONE:         (702) 383-8965

                              BY:  /s/_____
                                   TODD KENNEDY
                                   ATTORNEYS FOR DEFENDANTS QUEPASA CORP.